# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**375**
**CA 16-01384**
PRESENT: CENTRA, J.P., PERADOTTO, DEJOSEPH, CURRAN, AND SCUDDER, JJ.

---

LINDSAY A. HELENBROOK, PLAINTIFF-APPELLANT,

V                                                    ORDER

DENNIS J. HELENBROOK, DEFENDANT-RESPONDENT.

---

LINDSAY A. HELENBROOK, PLAINTIFF-APPELLANT PRO SE.

DENNIS J. HELENBROOK, DEFENDANT-RESPONDENT PRO SE.

------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered December 17, 2015. The order denied the motion of plaintiff for summary judgment and dismissed the summons with notice.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court.

Entered:  March 24, 2017                      Frances E. Cafarell
                                              Clerk of the Court